United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-18424-mdc
Natia Turkadze                                                             Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW          Page 1 of 1         Date Rcvd: May 08, 2019
                          Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db       +Natia Turkadze,   244 Snapdraggon Street,   Warrington, PA 18976-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
      EMANUEL R. KOSACCI   on behalf of Debtor Natia Turkadze ekosacci@mypalaw.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
      ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Natia Turkadze                                                   : Case No. 18−18424−mdc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , May 8,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

19
Form 195